IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JACK LAWRENCE PRINCE, JR.,           )
                                     )
            Plaintiff,               )
                                     )
v.                                   )   Civil Action No. 3:16cv175–HEH
                                     )
NANCY A. BERRYHILL,                  )
                                     )
            Defendant.               )

## ORDER
### (Adopting the Report & Recommendation of the Magistrate Judge)

THIS MATTER is before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge (ECF No. 11), entered on June 19, 2017. The time to file objections has expired, and neither party has objected to the R&R.

Upon due consideration, and it appearing appropriate to do so, the R&R is ACCEPTED and ADOPTED as the OPINION of the Court. In accordance with the findings of the United States Magistrate Judge, Plaintiff's Motion for Summary Judgment is DENIED (ECF No. 7), Defendant's Motion for Summary Judgment is GRANTED (ECF No. 10), and the final decision of the Commissioner is AFFIRMED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: July 5, 2017
Richmond, Virginia